GREMILLION ET AL. v. UNITED STATES.

No. 200.   Decided October 16, 1961.

*Jack P. F. Gremillion,* Attorney General of Louisiana, *Carroll Buck,* First Assistant Attorney General, and *M. E. Culligan* and *George M. Ponder,* Assistant Attorneys General, for appellants.

*Solicitor General Cox,* Assistant Attorney General *Marshall* and *Harold H. Greene* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

RILEY v. PENNSYLVANIA READING
SEASHORE LINES.

No. 427, Misc.   Decided October 16, 1961.

Appellant *pro se.*

*Thomas Raeburn White, Jr.* for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.